```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11781
   RECO BERRY
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9849

--------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/02/2007 and was not confirmed.

    The case was dismissed without confirmation 08/16/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------

HOME EQUISITION REALTOR   NOTICE ONLY    NOT FILED           .00            .00
ABN-AMRO CAPITAL MARKETS  NOTICE ONLY    NOT FILED           .00            .00
ILLINOIS TITLE LOANS      NOTICE ONLY    NOT FILED           .00            .00
TARGET NATIONAL BANK      UNSECURED         263.49           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        1784.94           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         241.60           .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------       --------------
TOTALS                      .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/05/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```